**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6256

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RUSSELL GLENN BURNETT,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen Lipton Hollander, Senior District Judge.  (1:09-cr-00573-ELH-1)

Submitted:  July 26, 2022                    Decided:   July 29, 2022

Before MOTZ, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Russell Glenn Burnett, Appellant Pro Se.  Paul Michael Cunningham, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell Glenn Burnett appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  After reviewing the record, we conclude that the district court did not abuse its discretion in denying Burnett's motion. *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm for the reasons stated by the district court. *United States v. Burnett*, No. 1:09-cr-00573-ELH-1 (D. Md. Nov. 18, 2021).  We deny Burnett's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*